UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Action No. 5:07-CR-139-JMH |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | **ORDER** |
| EDGAR MARTIN ROJO VASQUEZ, | ) | |
| JOHNIE JAY ALFORD, | ) | |
| AMIRA S. YOUNG, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

**IT IS ORDERED** that this matter is **ASSIGNED FOR STATUS CONFERENCE ON MONDAY, NOVEMBER 26, 2007, AT THE HOUR OF 9:15 A.M.,** United States Courthouse, Lexington, Kentucky, subject to intervening orders of the Court.

This 2$^{1st}$ day of November, 2007.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge